John F. Golden et al., appellees, v. John A. Cervenka et al., appellants. Gen. No. 24,225.

Bill to enforce stockholders' liability. Decree for complainants. Appeal from the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed November 11, 1918.

Alvin H. Culver, Carlos S. Andrews, Christopher King, Thomas L. Stitt and John W. Burdette, for appellants. Hiram T. Gilbert, for appellees.

Mr. Presiding Justice Dever delivered the opinion of the court.